# No. 20-7453

## In the
## United States Court of Appeals
## For the Fourth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

ERROL WINTER,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Eastern District of Virginia at Norfolk
Case No. 2:93-cr-00090-RBS-1

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX**

Appellant Errol Winter, by counsel and pursuant to Federal Rule of Appellate Procedure 26(b) and Fourth Circuit Local Rule 31(c), respectfully requests an extension of 30 days, up to and including October 20, 2021, to file his opening brief and the joint appendix in the above-captioned matter. Pursuant to Local Rule 27(a), Appellant's counsel has conferred with counsel for Appellee, who does not oppose this request. In support, Appellant states:

1

1.   This Court appointed undersigned counsel to represent Appellant on August 11, 2021. Counsel is new to the case and requires additional time to fully review and assess the record and procedural history in this matter, including a number of sealed records, which undersigned counsel has requested but not yet received.

2.   Undersigned counsel will be further delayed in reviewing the case and preparing Appellant's opening brief and the joint appendix due to unavoidable personal commitments that will require counsel to miss several days of work during the first week of September.

3.   This is Appellant's first request for an extension, and Appellant does not anticipate any further requests.

WHEREFORE, Appellant respectfully requests that the Court enter an order enlarging the time within which he must file his opening brief and the joint appendix by thirty (30) days, up to and including October 20, 2021.

Dated:  August 18, 2021                Respectfully Submitted,

/s/  Ashley P. Peterson
Ashley P. Peterson (VSB 87904)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(T) (804) 775-1190
(F) (804) 698-2091

*Counsel for Defendant-Appellant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I electronically filed the foregoing Motion with the Clerk of this Court using the CM/ECF System, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

/s/ *Ashley P. Peterson*